# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DIEGO SANJUAN,**
Appellant,

v.

**GUARDIANSHIP OF MARIA ANGELICA MENA,**
Appellee.

No. 4D21-2857

[September 7, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case Nos. 502020GA00623XXXMB and 502021MH000512XXXXMB.

Ricardo Corona, Ricardo M. Corona, Yung Truong, and Laura Hernandez of Corona Law Firm, P.A., Miami, for appellant.

Barry W. Taylor of Taylor & Taylor Law, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

Diego Sanjuan timely appeals the circuit court's order appointing co-guardians over the person and property of a ward. Sanjuan argues the circuit court erroneously appointed the brothers as co-guardians over the ward. He also argues the court erred when it revoked the ward's appointment of a health care surrogate. We affirm the court's appointment of the brothers as co-guardians without further discussion. But we reverse the court's revocation of the ward's appointment of a health care surrogate for failure to "express[] which grounds supported revocation and absent evidence of any of the grounds set forth in section 765.105[, Florida Statutes (2007)]." *Graham v. Florida Dep't of Child. & Families*, 970 So. 2d 438, 443 (Fla. 4th DCA 2007); *see also Martinez v. Guardianship of Smith*, 159 So. 3d 394, 400 (Fla. 4th DCA 2015). On remand, the court must determine what grounds under section 765.105 require revocation of the health care surrogate if it determines any such grounds exist.

*Affirmed in part, reversed in part, and remanded.*

WARNER, GROSS and KUNTZ, JJ., concur.

* * *

*Not final until disposition of timely filed motion for rehearing.*